James S. Coon, OSB# 771450
SWANSON, THOMAS, COON & NEWTON
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Ph: (503) 228-5222 Fax: (503) 273-9175
Of Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| WILLIAM T. SPENCER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | CV# 3:11-06085-ST<br><br>ORDER GRANTING STIPULATED EAJA FEES, COSTS AND EXPENSES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $1592.32 will be awarded to Plaintiff in care of his attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), and mailed to his attorney, James S. Coon, at Mr. Coon's address: 820 SW 2nd Ave Ste 200, Portland OR 97204. There are no costs or expenses.

Dated this 28th day of January, 2013.

_____
United States Magistrate Judge

Presented by:
James S. Coon
Swanson, Thomas, Coon & Newton
Of Attorneys for Plaintiff