IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

WILLIAM SPENCER,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. 3:11-CV-06085-ST

ORDER

STEWART, Magistrate Judge:

    Plaintiff's Motion for Attorney Fees Pursuant to 42 USC § 406(b) (docket # 53) is GRANTED in the sum of $12,800, minus attorney fees awarded pursuant to the Equal Access to Justice Act ("EAJA"), 28 USC § 2412, in the sum of $1,592.32 (docket # 52), for a total award of $11,207.68.

    DATED this 17th day of May, 2013.

                                    s/ Janice M. Stewart_____
                                    Janice M. Stewart
                                    United States Magistrate Judge

1 - ORDER