IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


WILLIAM SPENCER,

                                              Case No. 3:11-CV-06085-ST
                    Plaintiff,

        v.

                                              ORDER


COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.

STEWART, Magistrate Judge:

        Plaintiff's Motion for Attorney Fees Pursuant to 42 USC § 406(b) (docket # 53) is

GRANTED in the sum of $12,800, minus attorney fees awarded pursuant to the Equal Access to

Justice Act ("EAJA"), 28 USC § 2412, in the sum of $1,592.32 (docket # 52), for a total award of

$11,207.68.

        DATED this 17th day of May, 2013.


                                      s/ Janice M. Stewart_____
                                      Janice M. Stewart
                                      United States Magistrate Judge


1 - ORDER